

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00510-CR

Ronnie Ray **BROOKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR7426
The Honorable Sharon S. MacRae, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on October 21, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2015.

_____
Keith E. Hottle, Clerk